| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| | 2:02CR20281-001 |
| TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | 3:13-00182-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Troy Ray Fleetwood<br>21 Blue Bird Dr.<br>Brush Creek, TN 38547 | Western Tennessee | Memphis |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Samuel H. Mays, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/2/2011 | TO 2/1/2017 |

OFFENSE

Unlawful Manufacture of Methamphetamine; Felon in Possession of a Firearm

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Western_____ _____Tennessee_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Middle District of Tennessee__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 20, 2012

_____  _____
Date                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____Middle_____ _____Tennessee_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-8-13

_____  _____
Effective Date          United States District Judge